FILED

Louis A. Karasik (State Bar No. 100672)
lou.karasik@alston.com
Andrew E. Paris (State Bar No. 162562)
drew.paris@alston.com
Casondra K. Ruga (State Bar No. 237597)
casondra.ruga@alston.com
Mitra M. Eskandari-Azari (State Bar No. 261978)
mitra.azari@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street
Suite 1600
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

10 MAR 22 PM 4: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Attorneys for Plaintiff,
**DIRECTV, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>GEMS TV (USA) LIMITED, a Delaware corporation,<br><br>Defendant. | Case No. **CV 10- 02061- DDP**<br><br>**[REDACTED] DECLARATION OF TOBY BERLIN IN SUPPORT OF DIRECTV'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>[Filed concurrently with Application for Temporary Restraining Order; Memorandum of Points and Authorities ISO thereof; Application to File Documents Under Seal and Waive Notice; Declaration of Casondra K. Ruga ISO Application for Temporary Restraining Order and Application to File Documents Under Seal and Waive Notice; [Proposed] Granting Application for Temporary Restraining Order; and [Proposed] Order Granting Application to File Under Seal and Waive Notice] |

1

DECLARATION OF TOBY BERLIN

LEGAL02/31821694v3

## DECLARATION OF TOBY BERLIN

I, Toby Berlin, declare and state as follows:

1.     I am the Vice President, Programming Acquisition for DIRECTV, Inc. ("DIRECTV").  DIRECTV is the nation's largest provider of satellite television programming, with over 18 million subscribers.  I have worked for DIRECTV since October 1998, and my responsibilities have always involved acquisition of new programming networks and negotiation of agreements for carriage of the new programming.  I submit this declaration to detail the contractual relationship between DIRECTV and Gems TV USA Limited ("GemsTV"), a company that markets and distributes jewelry and related merchandise to DIRECTV customers on a satellite TV channel provided by DIRECTV.  I also detail DIRECTV's damages of over ███ resulting from GemsTV's recent action to repudiate its agreement with DIRECTV.  I have personal knowledge of all facts stated herein and would competently testify thereto if called as a witness in this matter.

2.     DIRECTV provides multi-channel television programming, in both standard and HD format, from satellites in geosynchronous orbit above the earth.  DIRECTV's programming is known as "direct to home" ("DTH") service because the satellite signal is sent directly to each customer's home.  The satellite signal is received using a satellite dish at the customer's home that is connected by cables to an Integrated Receiver Decoder ("IRD", commonly referred to as a "receiver box" or "satellite box").  The IRD decrypts the satellite signal and is connected to the customer's television set to permit viewing of the programming.

3.     ███████████████████████████████████

base.  The ability to market goods and services to DIRECTV's broad, nationwide customer base makes DIRECTV satellite programming a popular choice for companies like GemsTV that seek to market their goods to a broad national audience.

GemsTV is broadcast on DIRECTV's DTH system on a 24/7 basis, and is described in DIRECTV advertising as following:

> "GemsTV is a 24/7 shopping channel, specializing in offering colored gemstone jewelry in exclusive handcrafted designs direct from the manufacturer. The channel's unique "reverse auctions" offer shoppers a fun, exciting shopping experience while ensuring quality gemstones at the best price."

4.     In ███, I was responsible for conducting the negotiations with GemsTV over an agreement that would enable GemsTV to market and distribute jewelry and other merchandise to DIRECTV customers on DIRECTV's satellite TV system.  GemsTV representatives told us they were particularly interested in reaching an agreement with DIRECTV because our upscale subscriber base was an attractive platform that could lead to greater sales for GemsTV.

5.     Companies who wish to exhibit their content through DIRECTV's satellite TV service are commonly referred to as "Programmers."  DIRECTV is commonly referred to as the "Affiliate" and the agreement under which DIRECTV agrees to air the Programmer's content on DIRECTV's satellite TV system is known as the "Affiliation Agreement."  The starting point for the negotiations with GemsTV was DIRECTV's standard form of Affiliation Agreement for home shopping channels, a contract document that DIRECTV has used for many years for the carriage of such programming on DIRECTV's satellite TV system.

█ Attached hereto as Exhibit 1 is a true and correct copy of the fully executed Affiliation Agreement entered into between DIRECTV and GemsTV in August 2006 ("the Contract").

███████████████████████████████████

LEGAL02/31821694v3



DECLARATION OF TOBY BERLIN

LEGAL02/31821694v3



10.

11.   DIRECTV has fully performed all terms and conditions and satisfied all obligations owed to GemsTV under the Contract.

12.

5

DECLARATION OF TOBY BERLIN



13.

14.    In February 2010, DIRECTV was contacted by Tony Hillyer, the Group Chief Executive of Gems TV Holdings Limited ("Gems Holdings"), the parent company of GemsTV. Gems Holdings is a Cayman Islands company traded on the Singapore stock exchange. GemsTV is a wholly-owned subsidiary of Gems Holdings. Mr. Hillyer (whose offices are in London, UK) sent me an email to set up a time to discuss certain business issues, and subsequently traveled to DIRECTV's corporate offices in El Segundo to meet with me personally. I met with Mr. Hillyer and Diane Schneiderjohn, the President of GemsTV, on February 16, 2010 at DIRECTV's offices in El Segundo.

15.    During the February 16 meeting, Mr. Hillyer and Ms. Schneiderjohn informed us that GemsTV was continuing to suffer financial difficulties. They indicated that GemsTV was facing the possible discontinuance of operations.

The purpose of the

meeting was for GemsTV to propose a new arrangement

16. At no time during this conversation did either Mr. Hillyer of Ms. Schneiderjohn suggest that GemsTV had a right to unilaterally terminate the Contract, and thus avoid the obligation to pay DIRECTV a Fee for the remainder

To the contrary, the substance of their contact was to seek a new arrangement

In point of fact, they informed me that GemsTV's contracts with other satellite television providers, allowed GemsTV to cancel the contracts upon 60-90 days notice.

After speaking with other managers at DIRECTV, we advised GemsTV that we were not agreeable to the new arrangement they were seeking.

17. On March 1, 2010, I received a telephone call from Jason Choo, CEO of Gems Holdings. During our conversation, Mr. Choo relayed to me the continuing financial difficulties of GemsTV and informed me that GemsTV may be

ceasing its business operations.   I informed Mr. Choo that DIRECTV expected GemsTV to honor its contractual obligations to DIRECTV.   At no time in my conversation with Mr. Choo did he express any belief that the Contract entitled GemsTV to unilaterally cancel the Contract and cease paying Fees.

18.   On March 8, 2010, DIRECTV received from GemsTV a notice purporting to unilaterally terminate the Contract based on GemsTV's decision to discontinue operations.

19.   GemTV's purported notice of termination turns the Contract on its head, purporting to unilaterally terminate the Contract despite DIRECTV's full and complete performance of all obligations.

Moreover, the purported termination notice is completely

contrary to the admissions by Mr. Hillyer, Ms. Schneiderjohn and Mr. Choo just a few days before that GemsTV were obligated to pay the Fee under the Contract for the remainder of 2010 and 2011.

20.   On March 9, 2010, DIRECTV contacted GemsTV to reject their notice purporting to unilaterally terminate the Contract.

21.   On March 10, 2010, GemsTV responded to DIRECTV's letter by insisting that GemsTV was entitled to unilaterally terminate the Contract.

22.   In addition to insisting that it had the unilateral right to terminate the Contract, GemsTV on March 7, 2010 advised DIRECTV that GemsTV was ceasing business operations.  On the night of March 7, GemsTV provided DIRECTV with a copy of a March 8 announcement by the Board of Directors of Gems Holdings, the parent company of GemsTV, that a decision had been made to cease GemsTV's business operations.   A true and correct copy of the March 8 announcement is attached as Exhibit 7.   That announcement (apparently released in Singapore on the morning of March 8, which translates to the evening of March 7 in Los Angeles)

DECLARATION OF TOBY BERLIN

LEGAL02/31821694v3

1   specifies that GemsTV would be "winding-up" its business and/or pursuing a sale of
2   GemsTV's assets.   I spoke with GemsTV's President, Diane Schneiderjohn, on March
3   10, and she confirmed that GemsTV was discontinuing operations.    That same
4   information was confirmed in GemsTV's letter of March 10.

5          23.   At the same time DIRECTV learned that GemsTV was ceasing
6   business operations, GemsTV provided DIRECTV with a copy of a March 8
7   announcement by Gems Holdings that it had entered into an investment agreement
8   with Multimedia Commerce Group Inc. ("MMCG"), a company that operates Jewelry
9   Television, another business engaged in marketing and distribution of jewelry and
10  related products through satellite TV programming (as well as broadcast TV and
11  cable).  A copy of the announcement by Gems Holdings of this investment agreement
12  is attached hereto as Exhibit 8.   Under this investment agreement, Gems Holdings
13  intends to use GemsTV's assets and inventory to acquire a 37.8% shareholding interest
14  in MMCG.  (Exhibit 8, p. 3.)  The announcement from Gems Holdings details that
15  Gems Holdings and MMCG intend to consummate the investment by May 15, 2010,
16  and that the transaction will involve Gems Holdings's transfer to MMCG of $60
17  million, comprising $20 million in cash, $20 million in inventory and another $20
18  million of other assets. (Exhibit 7, p. 3.) GemsTV advised DIRECTV in its March 7
19  email that the proposed investment with MMCG was a vehicle to "liquidate remaining
20  [GemsTV] inventory" as the company winds up its operations.  (Exhibit 8, p.1.)

21         24.   In sum, according to the information provided by GemsTV, the
22  company is ceasing business operations and is in the process of winding down.  The
23  parent company, Gems Holdings, has directed these actions and has entered into an
24  agreement to transfer the remaining assets of GemsTV to MMCG as part of an
25  investment of $60 million.  This is part of GemsTV's plan to liquidate its assets and
26  inventory.  GemsTV has purported to terminate the Contract, effective April 15, and
27  disavows any obligation to pay DIRECTV any Fee for the remainder of the Term or

28

LEGAL02/31821694v3

renewal Term. GemsTV intends to wind down its affairs and liquidate its assets, and Gems Holdings intends to use those assets to invest in MMCG, notwithstanding notice of DIRECTV's claims for breach of the Contract by GemsTV. GemsTV thus seeks to transfer its inventory and assets in a fashion that will leave no assets available to compensate DIRECTV for damages caused by GemsTV's breach of the Contract.

25. GemsTV's breach of the Contract causes substantial damage to DIRECTV. ████████████████████████████████████████████████

| Month | | |
|---|---|---|
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| **TOTAL** | ████ | ████ |

11
DECLARATION OF TOBY BERLIN



26. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Month | ▓▓▓▓ | ▓ |
|-------|------|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| **TOTAL** | ▓▓▓▓ | ▓▓▓▓ |

27. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

28.   GemsTV has advised that it is terminating its operations effective

LEGAL02/31821694v3

April 15, 2010

29.

30.

DECLARATION OF TOBY BERLIN

31.    GemsTV is a Delaware corporation.

Gems Holdings, the parent company of GemsTV, is a Holdings liability company in the Cayman Islands.  DIRECTV has no contractual relationship with Gems Holdings.  Action by GemsTV to transfer its assets to Gems Holdings would put those assets outside the United States and into the hands of a foreign company in a manner that would make it difficult, if not impossible, for DIRECTV to recover on its claim for breach of the Contract against GemsTV.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 22, 2010 at Los Angeles, California.

TOBY BERLIN

14

DECLARATION OF TOBY BERLIN

EXHIBIT 1

THIS EXHIBIT HAS BEEN
FILED UNDER SEAL

Alston & Bird

# EXHIBIT 2

THIS EXHIBIT HAS BEEN
FILED UNDER SEAL

Alston & Bird

EXHIBIT 3

THIS EXHIBIT HAS BEEN
FILED UNDER SEAL

EXHIBIT 4

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL

Alston & Bird

EXHIBIT 5

THIS EXHIBIT HAS BEEN
FILED UNDER SEAL

EXHIBIT 6

# THIS EXHIBIT HAS BEEN
# FILED UNDER SEAL

# EXHIBIT 7

THIS EXHIBIT HAS BEEN
FILED UNDER SEAL

EXHIBIT 8

# THIS EXHIBIT HAS BEEN FILED UNDER SEAL

Alston & Bird